# FEES OF THE CLERK

Ex-1 - 001

| From: | paygovadmin@mail.doc.twai.gov |
|-------|-------------------------------|
| To: | Tim Hummel; Michael Wells |
| Subject: | Pay.gov Payment Confirmation: OKWD CM ECF |
| Date: | Friday, November 18, 2016 4:27:50 PM |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the CM/ECF Helpdesk at (405) 609-5555.

Application Name: OKWD CM ECF
Pay.gov Tracking ID: 25V371N5
Agency Tracking ID: 1087-2394094
Transaction Type: Sale
Transaction Date: Nov 18, 2016 5:27:44 PM

Account Holder Name: Timothy B Hummel
Transaction Amount: $400.00
Card Type: Visa
Card Number: ************5246

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Ex. 1 - 002

# FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE

Ex. 1 - 003

| No. | Description | Amount |
|-----|-------------|--------|
| 1 | Deposition Transcript of Donald Watters | 245.70 |
| 2 | Deposition Transcript of Terry Breeden | 142.30 |
| 3 | Deposition Transcript of Derek Wood | 589.50 |
| 4 | Deposition Transcript of Steven Combs | 184.40 |
| 5 | Deposition Transcript of Donald McCrite | 940.29 |
| 6 | Deposition Transcript of David Stopper | 423.72 |
| 7 | Deposition Transcript of Jeffrey Scott | 240.95 |
| 8 | Deposition Transcript of Crystal Gordon | 236.21 |
| 9 | Deposition Transcript of Always Construction (Martin Gordon II) | 328.60 |
| 10 | Deposition Transcript of Richard Hastings | 322.56 |
| 11 | Deposition Transcript of Lon Huff | 175.60 |
| 12 | Deposition Transcript of Marty Gordon | 361.18 |
| 13 | Deposition Transcript of Steven Coupens | 243.20 |
| 14 | Deposition Transcript of Randall Hendricks | 389.59 |
|  | TOTAL | $4,823.80 |

# INVOICE

**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150920 | 2/7/2018 | 125434 |

| Job Date | Case No. | |
|---|---|---|
| 10/17/2017 | CIV-15-671-F | |

| Case Name | | |
|---|---|---|
| Gordon vs. St. James Transports | | |

| Payment Terms | | |
|---|---|---|
| Net 30 days | | |

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 204
Oklahoma City OK  73102

| | |
|---|---|
| Donald Watters | 34.45 |
| Terry Breeden | 30.00 |
| **TOTAL DUE  >>>** | **$64.45** |

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF EXHIBITS PLUS CDS.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 204
Oklahoma City OK  73102

Job No.     : 125434      BU ID       : 1-Oklahoma
Case No.    : CIV-15-671-F
Case Name   : Gordon vs. St. James Transports

Invoice No. : 150920      Invoice Date : 2/7/2018
**Total Due  : $ 64.45**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:          Phone#: | | | |
| Billing Address: | | | |
| Zip:          Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:  **Professional Reporters**
           **511 Couch Drive**
           **Suite 100**
           **Oklahoma City OK  73102**

# INVOICE



**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 148742 | 10/24/2017 | 125434 |

| Job Date | Case No. | |
|---|---|---|
| 10/17/2017 | CIV-15-671-F | |

| Case Name | | |
|---|---|---|
| Gordon vs. St. James Transports | | |

| Payment Terms | | |
|---|---|---|
| Net 30 days | | |

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 204
Oklahoma City OK  73102

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Donald Watters                                                    211.25

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Terry Breeden                                                     112.30

                                        TOTAL DUE >>>          $323.55

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

                              (-) Payments/Credits:              0.00
                              (+) Finance Charges/Debits:         0.00
                              (=) New Balance:                  323.55

**Tax ID:** 45-3953521

---

*Please detach bottom portion and return with payment.*

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 204
Oklahoma City OK  73102

| | | | | |
|---|---|---|---|---|
| Job No. | : 125434 | | BU ID | : 1-Oklahoma |
| Case No. | : CIV-15-671-F | | | |
| Case Name | : Gordon vs. St. James Transports | | | |
| | | | | |
| Invoice No. | : 148742 | | Invoice Date | : 10/24/2017 |
| **Total Due** | **: $323.55** | | | |

**PAYMENT WITH CREDIT CARD**     AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:           Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Professional Reporters**
            **511 Couch Drive**
            **Suite 100**
            **Oklahoma City OK  73102**

Ex 1-006

Lené Reporting Services, LLC
P.O. Box 30968
Edmond, OK  73003
(405)650-3431

# *INVOICE*

| LRS JOB # | INVOICE # |
|-----------|-----------|
| 140 | 176 |

| INVOICE DATE | DUE DATE |
|--------------|----------|
| 8/21/2017 | 9/20/2017 |

| BILL TO |
|---------|
| Hummel Law Office<br>500 West Main Street, Suite 102<br>Oklahoma City, OK 73102 |

| Date | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 7/14/17 | Original + 1: Transcript of Derek Wood, videotaped | 107 | 4.50 | 481.50 |
| | Appearance Fee | 1 | 50.00 | 50.00 |
| | Exhibit copies | 110 | 0.30 | 33.00 |
| | Delivery - (Hand delivered) | 1 | | 0.00 |
| | Read and sign handling | 1 | 25.00 | 25.00 |
| | PAID | | | |

CASE INFORMATION:
Gordon -v- McCrite, et al.
CIV-16-1327-R

Checks payable to:
Lene Reporting Services, LLC
P.O. Box 30968
Edmond, OK  73003
EIN:  47-3622628

| **Total** | 589.50 |
|-----------|--------|

Ex.1 -007



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 149294 | 11/14/2017 | 125527 |
| **Job Date** | **Case No.** | |
| 10/18/2017 | CIV-15-671-F | |
| **Case Name** | | |
| Gordon vs. St. James Transports | | |
| **Payment Terms** | | |
| Net 30 days | | |

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 102
Oklahoma City OK  73102

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
Steven Combs

184.40

TOTAL DUE  >>>                $184.40

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

---

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 102
Oklahoma City OK  73102

| | | |
|---|---|---|
| Job No.    : 125527 | BU ID | :1-Oklahoma |
| Case No.   : CIV-15-671-F | | |
| Case Name  : Gordon vs. St. James Transports | | |
| Invoice No. : 149294 | Invoice Date | :11/14/2017 |
| **Total Due : $ 184.40** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To: **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City OK  73102**

Ex 1-008

# INVOICE



**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 134967 | 4/29/2016 | 113088 |

| Job Date | Case No. |
|---|---|
| 4/20/2016 | CIV-15-671-F |

| Case Name |
|---|
| Gordon vs. St. James Transports |

| Payment Terms |
|---|
| Net 30 days |

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 102
Oklahoma City OK  73102

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Donald C. McCrite                                                          940.29

                                              **TOTAL DUE  >>>**        **$940.29**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF AN ORIGINAL AND ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 102
Oklahoma City OK  73102

**PAID**

| | | | |
|---|---|---|---|
| Job No. | : 113088 | BU ID | : 1-Oklahoma |
| Case No. | : CIV-15-671-F | | |
| Case Name | : Gordon vs. St. James Transports | | |
| Invoice No. | : 134967 | Invoice Date | : 4/29/2016 |
| **Total Due** | **: $ 940.29** | | |

Ex 1-009

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Professional Reporters**
           **511 Couch Drive**
           **Suite 100**
           **Oklahoma City OK  73102**

**Veritext Corp**
**Texas Region**

300 Throckmorton Street, Suite 1600
Fort Worth TX 76102
Tel. 817-336-3042 Fax. 817-654-4006
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Timothy B. Hummel | **Invoice #:** | TX3169609 |
| Hummel Law Office | **Invoice Date:** | 11/30/2017 |
| 500 W. Main St | **Balance Due:** | $423.72 |
| Ste 102 | | |
| Oklahoma City , OK, 73102 | | |

| | |
|---|---|
| **Case:** | Gordon, Martin J. v. St. James Transports LLC |
| **Job #:** | 2735419 | Job Date: 11/13/2017 | Delivery: Normal |
| **Billing Atty:** | Timothy B. Hummel |
| **Location:** | Veritext Fort Worth |
| | 300 Throckmorton Street | Suite 1600 | Fort Worth, TX 76102 |
| **Sched Atty:** | Derrick DeWitt | Nelson Terry Morton DeWitt & Paruolo |

| Witness | Description | Amount |
|---|---|---|
| David A. Stopper | Certified Transcript | $423.72 |

| | | |
|---|---|---|
| **Notes:** | **Invoice Total:** | $423.72 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $423.72 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

PAID

| | | |
|---|---|---|
| **To pay online, go to** | **Please remit payment to:** | **Invoice #:** TX3169609 |
| **www.veritext.com** | **Veritext** | **Job #:** 2735419 |
| | **P.O. Box 71303** | **Invoice Date:** 11/30/2017 |
| Veritext accepts all major credit cards | **Chicago IL 60694-1303** | **Balance:** $423.72 |
| (American Express, Mastercard, Visa, Discover) | | |

161979

Ex1-010

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 149295 | 11/14/2017 | 125639 |
| **Job Date** | **Case No.** | |
| 10/20/2017 | CIV-15-671-F | |

| **Case Name** |
|---|
| Gordon vs. St. James Transports |

| **Payment Terms** |
|---|
| Net 30 days |

**PROFESSIONAL REPORTERS**
**800.376.1006**

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 102
Oklahoma City OK  73102

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Jeffrey Scott

                                                                                209.20

                                                          **TOTAL DUE  >>>          $209.20**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 102
Oklahoma City OK  73102

Job No.   : 125639          BU ID        :1-Oklahoma
Case No.  : CIV-15-671-F
Case Name : Gordon vs. St. James Transports

Invoice No.  : 149295          Invoice Date  :11/14/2017
**Total Due  : $ 209.20**

| **PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                    Phone#: |
| Billing Address: |
| Zip:              Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

Remit To:  **Professional Reporters**
           **511 Couch Drive**
           **Suite 100**
           **Oklahoma City OK  73102**

Ex. 1 - 011

# I N V O I C E



**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150923 | 2/7/2018 | 125639 |

| Job Date | Case No. |
|---|---|
| 10/20/2017 | CIV-15-671-F |

| Case Name |
|---|
| Gordon vs. St. James Transports |

| Payment Terms |
|---|
| Net 30 days |

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 204
Oklahoma City OK  73102

Jeffrey Scott                                                                                          31.75

**TOTAL DUE  >>>**                                               **$31.75**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF EXHIBITS PLUS A CD.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 204
Oklahoma City OK  73102

| | | | |
|---|---|---|---|
| Job No. | : 125639 | BU ID | : 1-Oklahoma |
| Case No. | : CIV-15-671-F | | |
| Case Name | : Gordon vs. St. James Transports | | |
| Invoice No. | : 150923 | Invoice Date | : 2/7/2018 |
| **Total Due** | **: $ 31.75** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City OK  73102**

012



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 149612 | 11/29/2017 | 125303 |
| **Job Date** | **Case No.** | |
| 10/25/2017 | CIV-15-671-F | |
| **Case Name** | | |
| Gordon vs. St. James Transports | | |
| **Payment Terms** | | |
| Net 30 days | | |

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 204
Oklahoma City OK  73102

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Crystal Gordon

197.46

**TOTAL DUE  >>>**          **$197.46**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

PAID

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 204
Oklahoma City OK  73102

| | | |
|---|---|---|
| Job No. | : 125303 | BU ID    :1-Oklahoma |
| Case No. | : CIV-15-671-F | |
| Case Name | : Gordon vs. St. James Transports | |
| Invoice No. | : 149612 | Invoice Date : 11/29/2017 |
| **Total Due** | : **$ 197.46** | |

Remit To: **Professional Reporters**
          **511 Couch Drive**
          **Suite 100**
          **Oklahoma City OK  73102**

| PAYMENT WITH CREDIT CARD |    |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

013

# INVOICE



**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150925 | 2/7/2018 | 125303 |

| Job Date | Case No. |
|---|---|
| 10/25/2017 | CIV-15-671-F |

| Case Name |
|---|
| Gordon vs. St. James Transports |

| Payment Terms |
|---|
| Net 30 days |

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 204
Oklahoma City OK  73102

Crystal Gordon                                                                        38.75

**TOTAL DUE  >>>**            **$38.75**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF EXHIBITS PLUS A CD.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 204
Oklahoma City OK  73102

Job No.     : 125303         BU ID        :1-Oklahoma
Case No.    : CIV-15-671-F
Case Name   : Gordon vs. St. James Transports

Invoice No. : 150925         Invoice Date :2/7/2018
**Total Due  : $ 38.75**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:              Phone#: | | | |
| Billing Address: | | | |
| Zip:            Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:  **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City OK  73102**

014

# INVOICE

**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150772 | 1/31/2018 | 127167 |

| Job Date | Case No. |
|---|---|
| 1/26/2018 | CIV-15-671-F |

| Case Name |
|---|
| Gordon vs. St. James Transports |

| Payment Terms |
|---|
| Net 30 days |

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 204
Oklahoma City OK  73102

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Martin Gordon, II

                328.60

**TOTAL DUE  >>>**    **$328.60**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 204
Oklahoma City OK  73102

Job No.   : 127167      BU ID   :1-Oklahoma
Case No.   : CIV-15-671-F
Case Name  : Gordon vs. St. James Transports

Invoice No. : 150772     Invoice Date :1/31/2018
**Total Due**  **: $ 328.60**

**PAYMENT WITH CREDIT CARD**  AMEX  MASTER  VISA

Cardholder's Name:
Card Number:
Exp. Date:           Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Professional Reporters**
          **511 Couch Drive**
          **Suite 100**
          **Oklahoma City OK  73102**



# I N V O I C E

**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 149511 | 11/27/2017 | 126045 |

| Job Date | Case No. | |
|---|---|---|
| 11/15/2017 | CIV-15-671-F | |

| Case Name | |
|---|---|
| Gordon vs. St. James Transports | |

| Payment Terms | |
|---|---|
| Net 30 days | |

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 204
Oklahoma City OK  73102

1 CERTIFIED COPY OF TRANSCRIPT OF:
Richard A. Hastings, D.O.

322.56

**TOTAL DUE  >>>** **$322.56**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

PAID

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 204
Oklahoma City OK  73102

Job No.    : 126045        BU ID        : 1-Oklahoma
Case No.   : CIV-15-671-F
Case Name  : Gordon vs. St. James Transports

Invoice No. : 149511        Invoice Date : 11/27/2017
**Total Due  : $ 322.56**

Remit To: **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City OK  73102**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

016

# INVOICE



## PROFESSIONAL REPORTERS
### 800.376.1006

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 149479 | 11/22/2017 | 125688 |
| Job Date | Case No. | |
| 11/14/2017 | CIV-15-671-F | |
| Case Name | | |
| Gordon vs. St. James Transports | | |
| Payment Terms | | |
| Net 30 days | | |

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 204
Oklahoma City OK  73102

1 CERTIFIED COPY OF TRANSCRIPT OF:

Lon Huff                                                                                                    175.60

TOTAL DUE >>>                                        $175.60

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

PAID

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 204
Oklahoma City OK  73102

Job No.      : 125688          BU ID        : 1-Oklahoma
Case No.     : CIV-15-671-F
Case Name    : Gordon vs. St. James Transports

Invoice No.  : 149479          Invoice Date  : 11/22/2017
**Total Due   : $175.60**

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:   **Professional Reporters**
            **511 Couch Drive**
            **Suite 100**
            **Oklahoma City OK  73102**

017

# INVOICE



**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 136604 | 7/6/2016 | 114827 |

| Job Date | Case No. | |
|---|---|---|
| 6/28/2016 | CIV-15-671-F | |

| Case Name | | |
|---|---|---|
| Gordon vs. St. James Transports | | |

| Payment Terms | | |
|---|---|---|
| Net 30 days | | |

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 102
Oklahoma City OK  73102

1 CERTIFIED COPY OF TRANSCRIPT OF:

Martin Gordon                                                                361.18

**TOTAL DUE  >>>**                                          **$361.18**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

PAID

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 102
Oklahoma City OK  73102

| | | | | |
|---|---|---|---|---|
| Job No. | : 114827 | BU ID | : 1-Oklahoma | |
| Case No. | : CIV-15-671-F | | | |
| Case Name | : Gordon vs. St. James Transports | | | |
| | | | | |
| Invoice No. | : 136604 | Invoice Date | : 7/6/2016 | |
| **Total Due** | **: $361.18** | | | |

**PAYMENT WITH CREDIT CARD**          AMEX   MASTERCARD   VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                  Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Professional Reporters**
            **511 Couch Drive**
            **Suite 100**
            **Oklahoma City OK  73102**

018

Lené Reporting Services, LLC
P.O. Box 30968
Edmond, OK 73003
(405)650-3431

# INVOICE

| LRS JOB # | | INVOICE # |
|---|---|---|
| 140 | | 191 |

| INVOICE DATE | | DUE DATE |
|---|---|---|
| 2/7/2018 | | 3/9/2018 |

| BILL TO |
|---|
| Hummel Law Office<br>500 West Main Street, Suite 102<br>Oklahoma City, OK 73102 |

| Date | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 1/24/18 | Videotaped depo of Steven Coupens, MD, O&1 | 40 | 4.50 | 180.00 |
| | Appearance Fee | 1 | 50.00 | 50.00 |
| | Exhibit copies b&w | 4 | 0.30 | 1.20 |
| | Exhibit copies - color | 2 | 1.00 | 2.00 |
| | Delivery | 1 | 10.00 | 10.00 |

CASE INFORMATION:
Gordon -v- McCrite, et al.
CIV-16-1327-R

Checks payable to:
Lene Reporting Services, LLC
P.O. Box 30968
Edmond, OK 73003
EIN: 47-3622628

| **Total** | 243.20 |
|---|---|

019

# INVOICE



**PROFESSIONAL REPORTERS**
800.376.1006

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150814 | 2/2/2018 | 127037 |
| **Job Date** | **Case No.** | |
| 1/29/2018 | CIV-15-671-F | |
| **Case Name** | | |
| Gordon vs. St. James Transports | | |
| **Payment Terms** | | |
| Net 30 days | | |

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 204
Oklahoma City OK  73102

1 CERTIFIED COPY OF TRANSCRIPT OF:
Dr. Randall Hendricks

297.34

**TOTAL DUE  >>>**            **$297.34**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE EXPEDITED COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 204
Oklahoma City OK  73102

| | | |
|---|---|---|
| Job No. | : 127037 | BU ID  : 1-Oklahoma |
| Case No. | : CIV-15-671-F | |
| Case Name | : Gordon vs. St. James Transports | |
| Invoice No. | : 150814 | Invoice Date : 2/2/2018 |
| **Total Due** | : **$ 297.34** | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City OK  73102**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150924 | 2/7/2018 | 127037 |

| Job Date | Case No. | |
|---|---|---|
| 1/29/2018 | CIV-15-671-F | |

| Case Name | | |
|---|---|---|
| Gordon vs. St. James Transports | | |

| Payment Terms | | |
|---|---|---|
| Net 30 days | | |

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 204
Oklahoma City OK 73102

Dr. Randall Hendricks                                                    42.25

TOTAL DUE  >>>                                        **$42.25**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF EXHIBITS PLUS A CD.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 204
Oklahoma City OK 73102

Job No.    :  127037          BU ID        :1-Oklahoma
Case No.   :  CIV-15-671-F
Case Name  :  Gordon vs. St. James Transports

Invoice No. :  150924          Invoice Date  :2/7/2018
**Total Due  :  $ 42.25**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:          Phone#: | |
| Billing Address: | |
| Zip:          Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **Professional Reporters**
           **511 Couch Drive**
           **Suite 100**
           **Oklahoma City OK  73102**

# INVOICE



**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150748 | 2/2/2018 | 127038 |
| **Job Date** | **Case No.** | |
| 1/29/2018 | CIV-15-671-F | |
| **Case Name** | | |
| Gordon vs. St. James Transports | | |
| **Payment Terms** | | |
| Net 30 days | | |

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 204
Oklahoma City OK  73102

| | |
|---|---|
| Dr. Randall Hendricks | 50.00 |
| **TOTAL DUE  >>>** | **$50.00** |

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE VIDEO DVD.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Timothy B. Hummel
Hummel Law Office
500 W. Main
Suite 204
Oklahoma City OK  73102

| | | | |
|---|---|---|---|
| Job No. | : 127038 | BU ID | :1-Oklahoma |
| Case No. | : CIV-15-671-F | | |
| Case Name | : Gordon vs. St. James Transports | | |
| Invoice No. | : 150748 | Invoice Date | :2/2/2018 |
| **Total Due** | : **$ 50.00** | | |

Remit To: **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City OK  73102**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA
Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# FEES AND DISBURSEMENTS FOR PRINTING

## FEES FOR DISBURSMENTS FOR PRINTING

| No. | DESCRIPTIONS | AMOUNT |
|-----|-------------|--------|
| 1 | List of Pleadings Filed with Court & Pages Counted – 451 Pages | $67.65 |
| | | |

FEDERAL COURT PLEADINGS

| No. | PLEADING NAME | DOCUMENT # | DATE | # of Pages |
|---|---|---|---|---|
| 1 | Complaint | 1 | 11/18/16 | 8 |
| 2 | Civil Cover Sheet | 1-1 | 11/18/16 | 1 |
| 3 | Summons | 3 | 11/22/16 | 6 |
| 4 | Pl. Response to Def SJT Motion to Dismiss Pl's Complaint and Brief in Support | 10 | 12/30/16 | 27 |
| 5 | Exhibit Depo of McCrite | 10-1 | 12/30/16 | 12 |
| 6 | Pl's Response to Def's Motion for Costs Including Atty Fees and Stay of Proceedings Pursuant to Fed.R.CIV.P.41(d) And Brief in Support | 11 | 1/2/17 | 8 |
| 7 | Exhibit Petition | 11-1 | 1/2/17 | 4 |
| 8 | Exhibit Joint Status Report | 11.2 | 1/2/17 | 8 |
| 9 | Exhibit Van v. Language Line | 11-3 | 1/2/17 | 8 |
| 10 | Exhibit Def's Response & Objection to Pl's Motion for Leave to Amend His Complaint | 11-4 | 1/2/17 | 7 |
| 11 | Pl's Motion for Leave to File Surreply Regarding Def SJT Motion to Dismiss | 13 | 1/6/17 | 2 |
| 12 | Pl's Surreply to Def SJT Reply Brief Regarding Its Motion to Dismiss | 16 | 1/9/17 | 3 |
| 13 | Exhibit Judge Heaton's Order | 16-1 | 1/9/17 | 4 |
| 14 | Exhibit Transcript | 16-2 | 1/9/17 | 2 |
| 15 | Exhibit Judge Walkley's JE | 16-3 | 1/9/17 | 3 |
| 16 | Exhibit Application for Writ | 16-4 | 1/9/17 | 4 |
| 17 | Exhibit Order Denying Application for Writ | 16-5 | 1/9/17 | 1 |
| 18 | Pl's Expert Witness List | 26 | 8/3/17 | 4 |
| 19 | Pl's Witness & Exhibit List | 27 | 8/9/17 | 11 |
| 20 | Pl's Motion for Order Declaring 61.2 Unconstitutional | 37 | 9/1/17 | 27 |
| 21 | Exhibit Mayo Case | 37-1 | 9/1/17 | 25 |
| 22 | Exhibit notice to Atty General | 37-2 | 9/1/17 | 1 |
| 23 | Pl's Motion to Strick Expert Hendricks | 38 | 9/1/17 | 10 |
| 24 | Exhibit Hendricks Review | 38-1 | 9/1/17 | 14 |
| 25 | Exhibit Spine Exam | 38-2 | 9/1/17 | 7 |
| 26 | Exhibit CSO Web Info | 38-3 | 9/1/17 | 5 |
| 27 | Exhibit 2006 Hendricks Depo | 38-4 | 9/1/17 | 8 |
| 28 | Exhibit Petition Traub v. Hendricks | 38-5 | 9/1/17 | 8 |
| 29 | Pl's Obj to Def.s Exhibit List | 40 | 9/5/17 | 6 |
| 30 | Pl's Response to Def's Motion for Summary Judgment | 44 | 9/22/17 | 2 |

| 31 | Pl's Response to Def's SJT Motion for Partial Summary Judgment and Brief in Support | 45 | 9/22/17 | 24 |
|----|------|------|------|------|
| 32 | Exhibit Traffic Report | 45-1 | 9/22/17 | 8 |
| 33 | Exhibit Expert Report | 45-2 | 9/22/17 | 30 |
| 34 | Exhibit McCrite Depo | 45-3 | 9/22/17 | 5 |
| 35 | Exhibit SJT Depo | 45-4 | 9/22/17 | 5 |
| 36 | Exhibit Gordon Depo | 45-5 | 9/22/17 | 3 |
| 37 | Exhibit OSC Writ | 45-6 | 9/22/17 | 2 |
| 38 | Pl's Motion for Leave to File a Dismissal Without Prejudice as to Def. SJT | 46 | 9/22/17 | 2 |
| 39 | Pl's Reply Brief Regarding Motion to Strike Def's Expert Hendricks Combined with Brief in Support | 51 | 9/29/17 | 4 |
| 40 | Pl's Motion to Quash Def's Notice of and Subpoena to Hendricks to Testify at a Depo | 76 | 10/30/17 | 3 |
| 41 | Exhibit Subpoena to Hendricks | 76-1 | 10/30/17 | 3 |
| 42 | Pl's Motion to Quash Def's Subpoena to AC | 77 | 10/30/17 | 2 |
| 43 | Exhibit Subpoena to Always Construction | 77-1 | 10/30/17 | 3 |
| 44 | Response to Def's Motion to Amend Witness & Exhibit List | 81 | 11/02/17 | 3 |
| 45 | Exhibit Pl's Amended Supplemental Responses to Def's SJT Interroggs | 81-1 | 11/02/17 | 2 |
| 46 | Pl's Motion to Move Trial Date | 82 | 11/05/17 | 3 |
| 47 | Pl's Motion to Move Trial Date | 85 | 11/08/17 | 3 |
| 48 | Pl's Proposed Voir Dire | 94 | 11/14/17 | 6 |
| 49 | Pl's Motion for In Limine Evidentiary Rulings | 95 | 11/14/17 | 14 |
| 50 | Pl's Proposed Jury Instructions | 97 | 11/14/17 | 30 |
| 51 | Pl's Deposition Designations | 111 | 2/01/18 | 4 |
| 52 | Notice of Trial Subpoena – Kemp | 112 | 2/01/18 | 2 |
| 53 | Subpoena to Kemp | 112-1 | 2/01/18 | 3 |
| 54 | Notice of Trial Subpoena – P. Thomas | 113 | 2/01/18 | 2 |
| 55 | Subpoena to P. Thomas | 113-1 | 2/01/18 | 3 |
| 56 | Notice of Trial Subpoena – Combs | 114 | 2/01/18 | 2 |
| 57 | Subpoena to Combs | 114-1 | 2/01/18 | 3 |
| 58 | Notice of Trial Subpoena – Breaden | 115 | 2/01/18 | 2 |
| 59 | Subpoena to Breaden | 115-1 | 2/01/18 | 3 |
| 60 | Notice of Trial Subpoena – C. Thomas | 116 | 2/01/18 | 2 |
| 61 | Subpoena to C. Thomas | 116-1 | 2/01/18 | 3 |
| 62 | Notice of Trial Subpoena – Watters | 117 | 2/01/18 | 2 |
| 63 | Subpoena to Watters | 117-1 | 2/01/18 | 3 |
| 64 | Notice of Trial Subpoena – Tibbs | 118 | 2/01/18 | 2 |
| 65 | Subpoena to Tibbs | 118-1 | 2/01/18 | 3 |

| 66 | Notice of Trial Subpoena – Scott | 119 | 2/01/18 | 2 |
| 67 | Subpoena to Scott | 119-1 | 2/01/18 | 3 |
| 68 | Pl's Counter Designations Regarding Deposition Testimony of Dr. Hendricks | 126 | 2/0/18 | 2 |
| 69 | Pl's Objections to Def's Designation of Deposition Testimony | 127 | 2/05/18 | 3 |
| 70 | Pl's Response to Def's Motion in Limine Regarding Pl's Thoracic Spine | 134 | 2/12/18 | 3 |
| 71 | Exhibit Dr. Hastings Report | 134-1 | 2/12/18 | 8 |
| | | | | |
| | | | TOTAL PAGES | 451 |

027

# FEES FOR WITNESSES

(additional witnesses added here for lack of room on the Bill of Costs sheet.  These 2 additional witness fees are listed on the Bill of Costs under "OTHER COSTS")

INDEX

| NO. | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | Collin Patrick Thomas | $50.00 |
| 2 | Terry Breaden | $55.00 |
| 3 | Jeff Scott | $55.00 |
| 4 | Steve Combs | $100.00 |
| 5 | Peggy Thomas | $60.00 |
| 6 | Donald Watters | $55.00 |
| 7 | Robert Tibbs, M.D. | $8,200.00 |
| 8 | Steven Coupens, M.D. | $1,000.00 |
| | **TOTAL** | **$9,575.00** |

AO 88 (Rev. 12/13) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

| | |
|---|---|
| MARTIN J. GORDON | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   CIV-16-1327-F |
| ST. JAMES TRANSPORT, L.L.C., et. al. | ) |
| *Defendant* | ) |

### SUBPOENA TO APPEAR AND TESTIFY
### AT A HEARING OR TRIAL IN A CIVIL ACTION

To:   Collin Thomas 3619 Morgan Road NE Piedmont, OK 73078

*(Name of person to whom this subpoena is directed)*

    **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | U.S. District Courthouse<br>200 NW 4th Street<br>Oklahoma City, OK 73102 | Courtroom No.: 305, (Third Floor) |
|---|---|---|
| | | Date and Time: 02/13/2018 11:00 am |

    You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

    The following provisions of Fed. R. Civ. P. 45 are attached -- Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1 | 8 | 18

*CLERK OF COURT*

                                          OR

     *Signature of Clerk or Deputy Clerk*                         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Martin Gordon
_____, who issues or requests this subpoena, are:

Timothy B. Hummel, Hummel Law 500 West Main Street, Suite 102 Oklahoma City, OK 73102.
tim@hummellawoffice.com. (405)319-0300

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

0 30

CASH ONLY IF ALL *CheckLock™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Hummel Law **Timothy B. Hummel, P.C.**
P.O. Box 1184    500 W. Main Street, Suite 102
OK 73101    Oklahoma City, OK 73102
(405) 319-0300

JPMORGAN CHASE BANK, NA
OKLAHOMA CITY, OK 76106
39-064/1030

6911

1/9/2018

PAY TO THE
ORDER OF _____ Collin Thomas _____ $ **76.00

Seventy-Six and 00/100************************************************************************ DOLLARS

⊕ PROTECTED AGAINST FRAUD ⊕

Collin Thomas

MEMO _____ Gordon v. SJT, Witness & Appearance Fee

⑈006911⑈ ⑆103000648⑆ 633703095⑈

Timothy B. Hummel, P.C.    6911

Collin Thomas    1/9/2018

76.00

Operating    Gordon v. SJT, Witness & Appearance Fee    76.00

031

AO 88 (Rev. 12/13) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Oklahoma

| | |
|---|---|
| MARTIN J. GORDON | ) |
| *Plaintiff* | ) |
| v. | ) |
| ST. JAMES TRANSPORT, L.L.C., et. al. | ) |
| *Defendant* | ) |

Civil Action No.  CIV-16-1327-F

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Terry Breaden 4533 NW 34th Street Oklahoma City, OK 73122

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. District Courthouse<br>200 NW 4th Street<br>Oklahoma City, OK 73102 | Courtroom No.: 305, (Third Floor) |
|---|---|
| | Date and Time: 02/13/2018 11:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  12/21/17

CLERK OF COURT

OR

_____
Signature of Clerk or Deputy Clerk

_____
Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Martin Gordon
_____ , who issues or requests this subpoena, are:

Timothy B. Hummel, Hummel Law 500 West Main Street, Suite 102 Oklahoma City, OK 73102.
tim@hummellawoffice.com. (405)319-0300

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

037



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Hummel Law
P.O. Box 1184
OK 73101

Timothy B. Hummel, P.C.
500 W. Main Street, Suite 102
Oklahoma City, OK 73102
(405) 319-0300

JPMORGAN CHASE BANK, NA
OKLAHOMA CITY, OK 76106
39-064/1030

6894

12/21/2017

PAY TO THE
ORDER OF    Terry Breaden                                                          $  **55.00

Fifty-Five and 00/100******************************************************************DOLLARS

⌘ PROTECTED AGAINST FRAUD ⌘

Terry Breaden

MEMO
Gordon v. SJT, Travel & Wtness Fee for Trial

⑈006894⑈ ⑈103000648⑈ 633703095⑈

Timothy B. Hummel, P.C.                                                      6894

Terry Breaden

12/21/2017

55.00

Operating              Gordon v. SJT, Travel & Wtness Fee for Trial                  55.00

033

AO 88 (Rev. 12/13) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Oklahoma

| | |
|---|---|
| MARTIN J. GORDON | ) |
| *Plaintiff* | ) |
| v. | ) |
| ST. JAMES TRANSPORT, L.L.C., et. al. | ) |
| *Defendant* | ) |

Civil Action No.   CIV-16-1327-F

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Jeff Scott 316 Country Club Terr. Oklahoma City, OK 73110

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. District Courthouse<br>200 NW 4th Street<br>Oklahoma City, OK 73102 | Courtroom No.: 305, (Third Floor) |
|---|---|
| | Date and Time: 02/13/2018 11:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  12/21/17

| CLERK OF COURT | OR | |
|---|---|---|
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Martin Gordon
_____ , who issues or requests this subpoena, are:

Timothy B. Hummel, Hummel Law 500 West Main Street, Suite 102 Oklahoma City, OK 73102.
tim@hummellawoffice.com. (405)319-0300

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

034

CASH ONLY IF ALL *CheckLock* ™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Timothy B. Hummel, P.C.**

Hummel Law
P.O. Box 1184
OK 73101

Timothy B. Hummel, P.C.
500 W. Main Street, Suite 102
Oklahoma City, OK 73102
(405) 319-0300

6895

JPMORGAN CHASE BANK, NA
OKLAHOMA CITY, OK 76108
39-084/1030

12/21/2017

PAY TO THE
ORDER OF ___ Jeff Scott _____   $  **55.00

Fifty-Five and 00/100****************************************************************DOLLARS

⊓ PROTECTED AGAINST FRAUD ⊓

Jeff Scott

MEMO

Gordon v. SJT, Travel & Wtness Fee for Trial

⑈006895⑈ ⑆103000648⑆   633703095⑈

---

Timothy B. Hummel, P.C.                                                        6895

Jeff Scott                                          12/21/2017

                                                            55.00

Operating          Gordon v. SJT, Travel & Wtness Fee for Trial               55.00

035

AO 88 (Rev. 12/13) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

| | |
|---|---|
| MARTIN J. GORDON | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   CIV-16-1327-F |
| ST. JAMES TRANSPORT, L.L.C., et. al. | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Steve Combs 156 Mystery Acres Lane McLoud, OK 74851

*(Name of person to whom this subpoena is directed)*

    **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. District Courthouse | Courtroom No.: 305, (Third Floor) |
|---|---|
| 200 NW 4th Street | Date and Time: 02/13/2018 11:00 am |
| Oklahoma City, OK 73102 | |

    You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

    The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/21/17

        *CLERK OF COURT*

                                                OR

       *Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Martin Gordon

                                , who issues or requests this subpoena, are:

Timothy B. Hummel, Hummel Law 500 West Main Street, Suite 102 Oklahoma City, OK 73102.
tim@hummellawoffice.com. (405)319-0300

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

036

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Hummel Law   Timothy B. Hummel, P.C.
P.O. Box 1184   500 W. Main Street, Suite 102
OK 73101   Oklahoma City, OK 73102
(405) 319-0300

JPMORGAN CHASE BANK, NA
OKLAHOMA CITY, OK 76106
38-064/1030

**6896**

12/21/2017

PAY TO THE
ORDER OF ___ Steve Combs _____   $ **100.00

One Hundred and 00/100****************************************************************** DOLLARS

Steve Combs

🛡 PROTECTED AGAINST FRAUD 🛡

MEMO
Gordon v. SJT, Travel & Wtness Fee for Trial

⑈006896⑈ ⑆103000648⑆   633703095⑈

Timothy B. Hummel, P.C.                                                            **6896**

   Steve Combs                                    12/21/2017

                                                                  100.00

Operating              Gordon v. SJT, Travel & Wtness Fee for Trial              100.00

037

AO 88 (Rev. 12/13) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Oklahoma

| | |
|---|---|
| MARTIN J. GORDON | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   CIV-16-1327-F |
| ST. JAMES TRANSPORT, L.L.C., et. al. | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Peggy Thomas 11416 Benttree Circle Oklahoma City, OK 73120

---

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. District Courthouse<br>200 NW 4th Street<br>Oklahoma City, OK 73102 | Courtroom No.: 305, (Third Floor) |
|---|---|
| | Date and Time: 02/13/2018 11:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/21/17

CLERK OF COURT

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Martin Gordon
_____ , who issues or requests this subpoena, are:

Timothy B. Hummel, Hummel Law 500 West Main Street, Suite 102 Oklahoma City, OK 73102.
tim@hummellawoffice.com. (405)319-0300

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

038

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

6897

Hummel Law
P.O. Box 1184
OK 73101

**Timothy B. Hummel, P.C.**
500 W. Main Street, Suite 102
Oklahoma City, OK 73102
(405) 319-0300

JPMORGAN CHASE BANK, NA
OKLAHOMA CITY, OK 76106
39-064/1030

12/21/2017

PAY TO THE
ORDER OF ———— Peggy Thomas ——————————————————————————————————— $ **60.00

Sixty and 00/100********************************************************************************************************DOLLARS

Peggy Thomas

⟦ PROTECTED AGAINST FRAUD ⟧

MEMO
Gordon v. SJT, Travel & Wtness Fee for Trial

⑈006897⑈ ⑆103000648⑆ 633703095⑈

Timothy B. Hummel, P.C.                                           6897

Peggy Thomas                                   12/21/2017

60.00

Operating              Gordon v. SJT, Travel & Wtness Fee for Trial                    60.00

039

AO 88 (Rev. 12/13) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Oklahoma

| | |
|---|---|
| MARTIN J. GORDON | ) |
| *Plaintiff* | ) |
| v. | ) |
| ST. JAMES TRANSPORT, L.L.C., et. al. | ) |
| *Defendant* | ) |

Civil Action No.   CIV-16-1327-F

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Donald Watters 2124 Felix Place Midwest City, OK 73110

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. District Courthouse<br>200 NW 4th Street<br>Oklahoma City, OK 73102 | Courtroom No.: 305, (Third Floor) |
|---|---|
| | Date and Time: 02/13/2018 11:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/21/17

CLERK OF COURT

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Martin Gordon
_____ , who issues or requests this subpoena, are:

Timothy B. Hummel, Hummel Law 500 West Main Street, Suite 102 Oklahoma City, OK 73102.
tim@hummellawoffice.com. (405)319-0300

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

040

CASH ONLY IF ALL *CheckLock™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Hummel Law
P.O. Box 1184
OK 73101

**Timothy B. Hummel, P.C.**
500 W. Main Street, Suite 102
Oklahoma City, OK 73102
(405) 319-0300

JPMORGAN CHASE BANK, NA
OKLAHOMA CITY, OK 76106
39-064/1030

6898

12/21/2017

PAY TO THE
ORDER OF _____ Donald Watters _____   $  **55.00

——Fifty-Five and 00/100********************************************************————DOLLARS

⦿ PROTECTED AGAINST FRAUD ⦿

Donald Watters

MEMO

Gordon v. SJT, Travel & Wtness Fee for Trial

⑈006898⑈ ⑆103000648⑆ 633703095⑈

---

**Timothy B. Hummel, P.C.**                                                6898

Donald Watters                                          12/21/2017

                                                                    55.00

Operating          Gordon v. SJT, Travel & Wtness Fee for Trial          55.00

041

AO 88 (Rev. 12/13) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

| | |
|---|---|
| MARTIN J. GORDON | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   CIV-16-1327-F |
| ST. JAMES TRANSPORT, L.L.C., et. al. | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Dr. Robert Tibbs 4120 W. Memorial Road, Suite 300 Oklahoma City, OK 73120

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. District Courthouse 200 NW 4th Street Oklahoma City, OK 73102 | Courtroom No.: 305, (Third Floor) |
|---|---|
| | Date and Time: 02/14/2018 1:30 pm |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached -- Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/21/17

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Martin Gordon
_____ , who issues or requests this subpoena, are:

Timothy B. Hummel, Hummel Law 500 West Main Street, Suite 102 Oklahoma City, OK 73102. tim@hummellawoffice.com. (405)319-0300

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

047

**Make Checks Payable To:**

Nss Office 300
4120 W Memorial Rd
Suite 300
Oklahoma City, OK 73120-9322
ENCOUNTER INVOICE 403520

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
|---|
| Check Card Using For Payment |

☐ Discover  ☐ Mastercard  ☐ Visa

| Card Number | | CVV | Amount |
|---|---|---|---|
| Signature | | | Exp. Date |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 02/20/2018 | $8,200.00 | 38677 |
| | SHOW AMOUNT PAID HERE $ | |

**ADDRESSEE:**

Gordon II, Martin J
201 Byrd Drive
Midwest City, OK 73110
USA

**REMIT TO:**

Nss Office 300
4120 W Memorial Rd
Suite 300
Oklahoma City, OK 73120-9322

(405) 748-3300

☐ Please check box if above address is incorrect or insurance information has changed and indicate change(s) on reverse side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

| DATE | PATIENT NAME | PROVIDER | SERVICE | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|---|---|
| 02/14/18 | Gordon II, Martin | Tibbs, Robert | E99080 | EXPERT WITNESS OR TRIAL TESTIMONY | $8,200.00 |

| Account Number | Charges | Payments | Refunds Adjustments | Estimated Balance Due From Insurance | Balance Due From Patient |
|---|---|---|---|---|---|
| 38677 | $8,200.00 | $0.00 | $0.00 | $0.00 | $8,200.00 |

MESSAGE:

| Please Pay This AMOUNT >>>> $8,200.00 |
|---|

** PAYMENT DUE UPON RECEIPT *THANK YOU **
ENCOUNTER INVOICE

Page: 1 of 1

043

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Hummel Law  Timothy B. Hummel, P.C.
P.O. Box 1184    500 W. Main Street, Suite 102
OK 73101         Oklahoma City, OK 73102
                 (405) 319-0300

JPMORGAN CHASE BANK, NA
OKLAHOMA CITY, OK 76106
39-084/1030

**6906**

12/29/2017

PAY TO THE
ORDER OF    Robert Tibbs                                    $  **64.00

Sixty-Four and 00/100***************************************************************************************  DOLLARS

PROTECTED AGAINST FRAUD

Robert Tibbs

MEMO    Gordon v. SJT, Witness & Appearance Fee

⑆006906⑆  ⑇103000648⑇  633703095⑈

---

Timothy B. Hummel, P.C.                                              **6906**

Robert Tibbs                           12/29/2017

                                                        64.00

Operating          Gordon v. SJT, Witness & Appearance Fee        64.00

044



**Steve D. Coupens, M.D.**
Orthopaedic Surgery &
Sports Medicine

**OSSO North**
9800 Broadway Ext., Ste. 201
Oklahoma City, OK 73114

**OSSO South**
10001 S. Western, Suite 101
Oklahoma City, OK 73139

405.427.6776 Phone
405.419.5527 Fax

**North OKC**

OSSO North
9800 Broadway Ext.

Neurology
608 NW 9th St., Suite 5000

General/ Bariatric Surgery
3433 NW 56th St., Suite 710B

OSSO Mercy
4505 Memorial Circle

**South OKC**

OSSO Spine Center
3115 SW 89th St.

OSSO South
10001 S. Western, Suite 101

Family Health Center South
10021 S. Western

**Edmond**

Gynecology
The Menopause Center of Oklahoma
1705 S. Renaissance Blvd., Suite 120

Family Health Center Edmond
1616 S. Kelly

OSSO Edmond
1616 S. Kelly
105 S. Bryant, Suite 407
105 S. Bryant, Suite 410

OSSO Edmond Renaissance
1701 Renaissance Blvd., Suite 100

Date: 12/21/17

RE: Deposition

Patient: Martin Gordon

Dear Aleece,

Thank you for contacting Oklahoma Sports Science & Orthopedics in reference to a deposition for January 24, 2018 at 7;00am at our 9800 Broadway Extension Suite 201, OKC, OK 73114 regarding Martin Gordon.

Please reference the patient's name and provide a contact number for your office. Payment is made directly to the physician, Steven D. Coupens M.D., Tax ID# 731488111.

Please mail payment of $1,000.00 to my attention at the following address:

    Oklahoma Sports Science & Orthopedics

    9800 Broadway Extension Suite 201

    Oklahoma City, OK 73114

Upon receipt of payment the deposition appointment will be scheduled.

Cancellation Policy: if the deposition is cancelled by any party within three working days (72 hours) a $500.00 charge is allowable. The fee is non-refundable if cancelled outside these parameters. The party canceling the deposition is responsible for the incurred costs associated with the same.

Should you have further questions or concerns, please contact me at (405) 419.5511.

Sincerely,

Bre Chapman ~in the office of Steven D. Coupens, M.D.

·045

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Hummel Law   **Timothy B. Hummel, P.C.**
P.O. Box 1184   500 W. Main Street, Suite 102
OK 73101   Oklahoma City, OK 73102
(405) 319-0300

JPMORGAN CHASE BANK, NA
OKLAHOMA CITY, OK 76106
39-084/1030

**6905**

12/29/2017

PAY TO THE
ORDER OF   Steven D. Coupens, M.D.   $ **1,000.00

One Thousand and 00/100********************************************************************************************************************DOLLARS

Steven D. Coupens, M.D.

⊠ PROTECTED AGAINST FRAUD ⊠

MEMO   Gordon v. SJT, Deposition

⑆006905⑆ ⑉103000648⑉ 633703095⑈

---

**Timothy B. Hummel, P.C.**   **6905**

Steven D. Coupens, M.D.   12/29/2017

1,000.00

Operating   Gordon v. SJT, Deposition   1,000.00

046

# FEES FOR EXEMPLIFICATION AND THE COSTS OF MAKING COPIES OF ANY MATERIALS WHERE THE COPIES ARE NECESSARILY OBTAINED FOR USE IN THE CASE

**FEES FOR EXEMPLIFICATION AND THE COSTS OF MAKING COPIES OF ANY MATERIALS WHERE THE COPIES ARE NECESSARILY OBTAINED FOR USE IN THE CASE**

INDEX

| No. | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | Trial Exhibits – Medical Graphic Boards – Blown Up & Mounted | $530.00 |
| 2 | Trial Exhibits – Medical Graphic Boards Printed | $4,075.00 |
| 3 | In-House Printing/Copying of Exhibit Books (316 pages, 3 Copies @.15 per page) | $142.20 |
| | | |
| | TOTAL | $4,747.20 |

048



**AMICUS Visual Solutions**
1607 West Grace Street
Richmond, VA  23220
804-915-7615
akays@golgeon.com

**BILL TO**
Hummel, Timothy
Timothy Hummel
Law Offices of Timothy B.
Hummel
500 W. Main Street, Suite 204
Oklahoma City, OK  73102

**INVOICE 3525**

**DATE** 01/22/2018   **TERMS** Due on receipt

**DUE DATE** 01/22/2018

**CASE NUMBER**
17376 - 2

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **36 X 48 Enlargement**<br>Full color 36 X 48 print mounted on sturdy board | 2 | 265.00 | 530.00 |
| **Federal Express**<br>Shipping Charges Standard Overnight | 1 | 250.00 | 250.00 |

Gordon Enlargements



**TOTAL DUE**          **$780.00**



**AMICUS Visual Solutions**
1607 West Grace Street
Richmond, VA 23220
804-915-7615
akays@golgeon.com

**BILL TO**
Hummel, Timothy
Timothy Hummel
Law Offices of Timothy B.
Hummel
500 W. Main Street, Suite 204
Oklahoma City, OK 73102

**INVOICE 3436**

**DATE** 11/15/2017   **TERMS** Due on receipt

**DUE DATE** 11/15/2017

**CASE NUMBER**
17376

PAID

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Illustration Fees** EXHIBIT 1: Martin Gordan's Left Shoulder Injuries | 1 | 695.00 | 695.00 |
| **Illustration Fees** EXHIBIT 2: Martin Gordon's 5/26/15 Left Shoulder Surgery | 1 | 895.00 | 895.00 |
| **Illustration Fees** EXHIBIT 3: Martin Gordon's Lumbar Spine Injuries | 1 | 895.00 | 895.00 |
| **Illustration Fees** EXHIBIT 4: Martin Gordon's 6/30/16 Posterior Lumbar Fusion Surgery | 1 | 795.00 | 795.00 |
| **Illustration Fees** EXHIBIT 5: Martin Gordon's 6/30/16 Anterior Lumbar Fusion Surgery | 1 | 795.00 | 795.00 |

**TOTAL DUE**            **$4,075.00**